IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADHAVI ANANTH,<br>　　　*Plaintiff* | )<br>)<br>)<br>) |
| v. | ) Case No. 1:23-cv-02262-LLA<br>) |
| SCOTT TURNER, Secretary of United States Department of Housing and Urban Development,<br>　　　*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO STAY PROCEEDINGS**

Counsel of Record for Plaintiff ("Undersigned Counsel") respectfully moves this Honorable Court for leave to withdraw as attorney in the above-captioned matter pursuant to LCvR 83.6(c) and stay the proceedings to allow Plaintiff to secure new representation. In support of this motion, counsel states as follows:

1. Undersigned Counsel has been representing Plaintiff only for a short period of time since her previous counsel withdrew and only entered their appearance in the case on November 21, 2025.

2. Other than the above filing, Undersigned Counsel has not filed anything else on behalf of Plaintiff, but intends to file the upcoming status report due December 9, 2025, and is requesting a 90-day stay of the proceedings on behalf of the Plaintiff.

3. Plaintiff is in active negotiations to retain specialist successor counsel and expects to finalize the engagement shortly. Plaintiff seeks the stay to facilitate the orderly substitution of counsel and allow incoming counsel sufficient time to review the administrative record and confer with the Agency regarding a discovery schedule.

1

4. As such, Plaintiff is requesting a 90-day stay of the proceedings to allow this transition to occur without prejudice to the Plaintiff or either of the Parties with regard to the scheduling order.

5. Plaintiff has decided to select other counsel and is working on these efforts right now. Not allowing Plaintiff the counsel she desires would be prejudicial to her and her case.

6. Therefore, Plaintiff has consented, in writing, to the withdrawal of Undersigned Counsel. Also, pursuant to Rule 83.6(c), Undersigned Counsel has informed Plaintiff to seek other counsel promptly or if she intends to conduct the case *pro se*, or to object to the withdrawal, that she should notify the Clerk in writing within seven days of service of this motion. Plaintiff's address is included in the certificate below, per the Court Rule.

7. The request for the stay is in good faith and will not prejudice either party.

8. Once Plaintiff has engaged new counsel, Plaintiff can work with the Agency to find new deadlines the Parties can agree upon to replace the deadlines previously vacated.

9. Undersigned Counsel has reached out to Agency Counsel regarding the relief requested and the Agency has stated this day that Defendant takes no position on the request for extension or the motion to withdraw as counsel.

Dated: December 9, 2025

Respectfully submitted,

ERIC SIEGEL LAW, PLLC

/s/ *Eric L. Siegel*
Eric L. Siegel (D.C. Bar No. 427350)
James E. Miller (D.C. Bar No. 1035476)
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: 771-220-6116; 771-220-6061
Email: esiegel@ericsiegellaw.com;
jmiller@ericsiegellaw.com

*Attorneys for Plaintiff Madhavi Ananth*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon Defendant's counsel on December 9, 2025, via the e-file system. The foregoing was also served to the Plaintiff at the following email and last known address below along with a notice advising her to obtain other counsel, or if the party intends to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of the motion.

Ms. Madhavi Ananth
4312 Hunter Street, Apartment 205
Long Island City, New York 11101
Madhaviananth39@gmail.com

/s/ *Eric L. Siegel*
Eric L. Siegel