IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADHAVI ANANTH,<br>      *Plaintiff*<br><br>v.<br><br>SCOTT TURNER, Secretary of United States Department of Housing and Urban Development,<br>      *Defendant* | Case No. 1:23-cv-02262-LLA |

## STATUS REPORT

Plaintiff, through counsel, submits the below status report in response to the Court's September 10, 2025, Minute Order.

1. Undersigned Counsel has been representing Plaintiff only for a short period of time since her previous counsel withdrew and only entered their appearance in the case on November 21, 2025.

2. As described in the concurrently filed Motion to Withdraw as Counsel and to Stay Proceedings, Plaintiff is in active negotiations to engage new counsel of her choosing to replace undersigned counsel.

3. Undersigned Counsel is not in a position at this time to act further on behalf of Plaintiff other than as to the filing of this Status Report and her Motion to Stay and is also not in a position to commit to deadlines on behalf of the Plaintiff, given the separately-filed Request to Withdraw and Plaintiff's desire to engage new counsel.

Dated: December 9, 2025                                  Respectfully submitted,

                                                                           ERIC SIEGEL LAW, PLLC

                                                                           /s/ *Eric L. Siegel*
                                                                           Eric L. Siegel (D.C. Bar No. 427350)
                                                                           James E. Miller (D.C. Bar No. 1035476)
                                                                           888 17th Street, N.W., Suite 1200
                                                                           Washington, D.C.  20006
                                                                           Phone: 771-220-6116; 771-220-6061
                                                                           Email: esiegel@ericsiegellaw.com;
                                                                           jmiller@ericsiegellaw.com

                                                                           *Attorneys for Plaintiff Madhavi Ananth*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served upon Defendant's counsel on December 9, 2025, via the e-file system.

                                                                           /s/ *Eric L. Siegel*
                                                                           Eric L. Siegel