**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| MADHAVI ANANTH<br>1021 N. Garfield Street, Apt. 345<br>Arlington, VA 22201 | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23-02262 (LLA) |
| v. | ) | |
| SCOTT TURNER,<br>Secretary of the United States Department of<br>Housing and Urban Development<br>451 7th Street, S.W.<br>Washington, D.C. 20410 | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

---

## <u>MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL</u>

The undersigned former counsel of Plaintiff files this Motion for Leave to Withdraw pursuant to LR 83.6(c), respectfully requests the court terminate the appearance of Denise Clark, Esq., of Clark Law Group, as Plaintiff's attorney in this matter.

Plaintiff was represented by the undersigned until February 2024, at which time Plaintiff secured new counsel. The undersigned had filed withdrawals in several cases in March and April of 2024, and believed this matter was included. On January 9, 2026 Plaintiff contacted the undersigned to inform her that her appearance remained on the docket and demanded that she file a motion to withdraw her appearance as Plaintiff's counsel. The undersigned was unaware of this as the ECF notices in this case were placed in an "Other" folder created by a new Microsoft update. Plaintiff advised that she intended to go forward in her case pro se and that the undersigned's appearance on the docket was confusing to the court.

Since undersigned has not represented Plaintiff in this matter since 2024, and Plaintiff has requested that the undersigned be removed as counsel and stated that she has informed the court that she intends to move forward pro se, the undersigned requests that the court dismiss the undersigned as Plaintiff's counsel in this matter.

Dated: January 15, 2026

Respectfully submitted,

/s/ Denise M. Clark
Denise M. Clark (420480)
Clark Law Group, PLLC
1250 Connecticut Ave, NW., Suite 700
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com

2